## Commonwealth *v.* Patterson, Appellant.

Submitted March 11, 1974. *Clarence B. Turns, Jr.,* Assistant Public Defender, for appellant; *Wallace B. Eldridge, III,* Assistant District Attorney, *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.